AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| John Hudson, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-02056-SEM-TSH |
| Wexford Health Sources, Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff John Hudson                                                                                                  .

Date:   09/21/2021                                            /s/ Joel T. Pelz
                                                            *Attorney's signature*

                                                  Joel T. Pelz, 3127591
                                                *Printed name and bar number*
                                                    Jenner & Block LLP
                                                    353 N. Clark Street
                                                    Chicago, IL  60654

                                                          *Address*

                                                    Jpelz@jenner.com
                                                        *E-mail address*

                                                      (312) 923-2609
                                                      *Telephone number*

                                                      (312) 840-7609
                                                        *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| John Hudson, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   21-cv-02056-SEM-TSH |
| Wexford Health Sources, Inc., et al., ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  09/21/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

  Brent J. Colbert and Joy C. Syrcle                                                                                               ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

  John Hudson                                                                                                                                    .

/s/ Joel T. Pelz
*Attorney's signature*

Joel T. Pelz, 3127591
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654

*Address*

Jpelz@jenner.com
*E-mail address*

(312) 923-2609
*Telephone number*

(312) 840-7609
*Fax number*