AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| John Hudson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-02056-SEM-TSH |
| Wexford Health Sources, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, John Hudson                                                                                                      .

Date:   09/27/2021                                        /s/ Lindsey A. Lusk
                                                              *Attorney's signature*

                                                       Lindsey A. Lusk, 6328235
                                                       *Printed name and bar number*
                                                            Jenner & Block LLP
                                                          353 North Clark Street
                                                             Chicago, IL 60654

                                                                  *Address*

                                                            llusk@jenner.com
                                                              *E-mail address*

                                                              (312) 840-7367
                                                            *Telephone number*

                                                              (312) 527-0484
                                                               *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| John Hudson, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-02056-SEM-TSH |
| Wexford Health Sources, Inc., et al., ) | |
| *Defendant* ) | |

## CERTIFICATE OF SERVICE

I certify that on  09/27/2021  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

  Brent J. Colbert and Joy C. Syrcle                                                ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

  John Hudson                                                                                  .

/s/ Lindsey Lusk_____
Attorneys Signature

Lindsey A. Lusk, 6328235_____
Printed Name and Bar Number

Jenner & Block, LLP
353 North Clark Street
Chicago, IL 60654_____
Address

llusk@jenner.com_____
E-mail Address

312-840-7367_____
Phone-number

312-527-0484_____
Fax-number