# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUDSON, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>JONATHAN EK, UNKNOWN )<br>EMPLOYEE(S) OF WEXFORD )<br>HEALTH SOURCES, INC., AND )<br>WEXFORD HEALTH SOURCES, INC., )<br>)<br>Defendant(s) ) | Case No. 21-cv-2056<br><br>Hon. Sue E. Myerscough |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

The undersigned, under penalties provided by law, states that on January 14, 2022, the following discovery document was served by sending a copy via email to each person to whom directed:

**Answers to Defendants' Requests to Produce Directed to Plaintiff**

Dated: January 14, 2022

Respectfully submitted,

By:   /s/ Joel T. Pelz

Joel T. Pelz
Lindsey A. Lusk
Adam Abdel-Mageed
Courtney Shier
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: (312) 222-9350

1

jpelz@jenner.com
llusk@jenner.com
aabdelmageed@jenner.com
cshier@jenner.com

*Attorneys for Plaintiff John Hudson*

**SERVICE LIST**

Joy C. Syrcle
Joseph N. Rupcich
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL  62701
Telephone: (217) 572-1714
Fax: (217) 572-1613
jsyrcyle@cassiday.com
jrupcich@cassiday.com