UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUDSON,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. JONATHAN EK, DR. JUSTIN T. YOUNG, UNKNOWN EMPLOYEE(S) OF WEXFORD HEALTH SOURCES, INC., AND WEXFORD HEALTH SOURCES, INC.,<br><br>            Defendants. | Case No. 21-cv-2056<br><br>Judge Sue E. Myerscough |

### PLAINTIFF JOHN HUDSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6 and Central District of Illinois Local Rule 6.1, Plaintiff John Hudson, by and through his counsel, respectfully requests an extension of time to file a response to Defendants' Motion for Summary Judgment as to the Exhaustion of Administrative Remedies to May 31, 2022. In support of this motion, Mr. Hudson states as follows:

1. On March 16, 2021, Plaintiff filed his initial Complaint in this matter. (Dkt. 1.)

2. On January 19, 2022, Plaintiff sought leave to file his First Amended Complaint. (Dkt. 51.)

3. On April 18, 2022, the Court granted Plaintiff's motion for leave to file his First Amended Complaint and directed the clerk to separately docket it. (Dkt. 66.)

4. Also on April 18, 2022, Defendants filed a Motion for Summary Judgment as to the Exhaustion of Administrative Remedies. (Dkt. 73.)

1

5. Plaintiff's response to Defendants' Motion for Summary Judgment is currently due on May 9, 2022.

6. Plaintiff is working diligently to respond to Defendants' motion.

7. To effectively respond to Defendants' motion, counsel needs to collect and evaluate facts and to confer with their client.

8. Plaintiff is currently incarcerated at Danville Correctional Center ("Danville CC") and conversations between Plaintiff and his counsel are limited. Private phone conversations require an advance of two business days' notice to schedule and Plaintiff's access to pertinent documents for any given call is limited by the postal service and delivery schedules at Danville CC.

9. An in-person visit with Plaintiff by Plaintiff's counsel at Danville CC is also required before a full response to Defendants' motion can be made.

10. Additionally, one of Plaintiff's counsel is currently experiencing challenges due to COVID-19.

11. Thus, Mr. Hudson now seeks an extension of time to respond to Defendants' Motion for Summary Judgment to May 31, 2022. The Court should grant this extension of time under Federal Rule of Civil Procedure 6(b) and Local Rule 6.1.

12. Federal Rule of Civil Procedure 6(b) governs requests for extension of time and provides in pertinent part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." This motion is timely and, as discussed above, there is good cause for granting it.

13. Defendants are not prejudiced by this requested extension of time.

14. The undersigned have contacted Defendants' counsel regarding this motion. Defendants' counsel does not object to the extension of time requested.

15. This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, for the foregoing reasons, Mr. Hudson respectfully requests that the Court enter an order granting this motion and extending the deadline for responding to Defendants' Motion for Summary Judgment to May 31, 2022.

Dated: May 4, 2022                                  Respectfully submitted,

                                                    By:    /s/ Joel T. Pelz

                                                    Joel T. Pelz
                                                    Lindsey A. Lusk
                                                    Adam M. Abdel-Mageed
                                                    Courtney B. Shier
                                                    JENNER & BLOCK LLP
                                                    353 N. Clark Street
                                                    Chicago, IL  60654-3456
                                                    Telephone: (312) 222-9350
                                                    jpelz@jenner.com
                                                    llusk@jenner.com
                                                    aabdelmageed@jenner.com
                                                    cshier@jenner.com

                                                    *Attorneys for Plaintiff John Hudson*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2022, I electronically filed the foregoing **Motion for Extension of Time to Reply to Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Joy C. Syrcle
Joseph N. Rupcich
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL  62701
Telephone: (217) 572-1714
Fax: (217) 572-1613
jsyrcyle@cassiday.com
jrupcich@cassiday.com

/s/ Joel T. Pelz