UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN HUDSON,

    Plaintiff,

vs.

DR. JONATHAN EK, DR. JUSTIN T. YOUNG, UNKNOWN EMPLOYEE(S) OF WEXFORD HEALTH SOURCES, INC., AND WEXFORD HEALTH SOURCES, INC.,

    Defendants.

Case No. 21-cv-2056

Judge Sue E. Myerscough

**PLAINTIFF JOHN HUDSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 6 and Central District of Illinois Local Rule 6.1, Plaintiff John Hudson, by and through his counsel, respectfully requests a short, second extension of time to file a response to Defendants' Motion for Summary Judgment as to the Exhaustion of Administrative Remedies to June 6, 2022. In support of this motion, Mr. Hudson states as follows:

1. On March 16, 2021, Plaintiff filed his initial Complaint in this matter. (Dkt. 1.)

2. On January 19, 2022, Plaintiff sought leave to file his First Amended Complaint. (Dkt. 51.)

3. On April 18, 2022, the Court granted Plaintiff's motion for leave to file his First Amended Complaint and directed the clerk to separately docket it. (Dkt. 66.)

4. Also on April 18, 2022, Defendants filed a Motion for Summary Judgment as to the Exhaustion of Administrative Remedies. (Dkt. 73.) The Summary Judgment motion raises

issues directed to both the pro se complaint and the Amended Complaint and discusses a large number of grievances filed by the Plaintiff.

5. Plaintiff previously asked for and received an extension of time that made Plaintiff's response to Defendants' Motion for Summary Judgment due on May 31, 2022.

6. Plaintiff is working diligently to respond to Defendants' motion.

7. To fully respond to Defendants' motion, counsel needs a short, second extension until June 6, 2022.

8. Plaintiff is currently incarcerated at Danville Correctional Center ("Danville CC") and conversations between Plaintiff and his counsel are limited. Private phone conversations require an advance of two business days' notice to schedule and are limited to 30 minutes. Plaintiff's access to pertinent documents for any given call is limited by the postal service, delivery schedules at Danville CC, and what he can bring to the room for the call.

9. An in-person visit with Plaintiff by Plaintiff's counsel at Danville CC was required to make a full response to Defendants' motion and that was not completed until May 25, 2022.

10. Plaintiff still needs to receive, sign, and return by mail an affidavit to his counsel for use as an exhibit in his response that could not be finalized until after the May 25, 2022 in-person visit to Danville CC.

11. Additionally, one of Plaintiff's counsel is currently experiencing challenges due to an oral argument in another case on the same date as Plaintiff's response to Defendants' Motion for Summary Judgment is currently due.

12. Thus, Mr. Hudson now seeks an extension of time to respond to Defendants' Motion for Summary Judgment to June 6, 2022. The Court should grant this extension of time under Federal Rule of Civil Procedure 6(b) and Local Rule 6.1.

13. Federal Rule of Civil Procedure 6(b) governs requests for extension of time and provides in pertinent part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  This motion is timely and, as discussed above, there is good cause for granting it.

14. Defendants are not prejudiced by this requested extension of time.

15. The undersigned have contacted Defendants' counsel regarding this motion.  Defendants' counsel does not object to the extension of time requested.

16. This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, for the foregoing reasons, Mr. Hudson respectfully requests that the Court enter an order granting this motion and extending the deadline for responding to Defendants' Motion for Summary Judgment to June 6, 2022.

Dated: May 26, 2022                                  Respectfully submitted,

By:   /s/ Joel T. Pelz

Joel T. Pelz
Lindsey A. Lusk
Adam M. Abdel-Mageed
Courtney B. Shier
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: (312) 222-9350
jpelz@jenner.com
llusk@jenner.com
aabdelmageed@jenner.com
cshier@jenner.com

*Attorneys for Plaintiff John Hudson*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, I electronically filed the foregoing **Motion for Extension of Time to Reply to Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Joy C. Syrcle
Joseph N. Rupcich
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL  62701
Telephone: (217) 572-1714
Fax: (217) 572-1613
jsyrcyle@cassiday.com
jrupcich@cassiday.com

/s/ Joel T. Pelz