UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUDSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. JONATHAN EK, DR. JUSTIN T. YOUNG, UNKNOWN EMPLOYEE(S) OF WEXFORD HEALTH SOURCES, INC., AND WEXFORD HEALTH SOURCES, INC.,<br><br>        Defendants. | Case No. 21-cv-2056<br><br>Judge Sue E. Myerscough |

**PLAINTIFF JOHN HUDSON'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff John Hudson, by and through his counsel, respectfully moves for advance leave of the Court to file excess pages of argument in his response to Defendants' Motion for Summary Judgment. In support of this motion, Mr. Hudson states as follows:

1. Under Central District of Illinois Local Rule 7.1(D)(5) the argument section of a brief in response to a motion for summary judgment is limited to fifteen (15) pages or 7,000 words.

2. In their motion for summary judgment, Defendants' have raised multiple arguments addressing Mr. Hudson's claims.

3. Additionally, a large number of inmate grievances are involved in this dispute and each needs to be addressed individually in Plaintiff's response.

4. Plaintiff respectfully requests advance leave of the Court to file excess pages for his response to Defendants' Motion for Summary Judgment. Plaintiff anticipates his response will include no more than 35 pages or 11,000 words of argument to fully address Defendants' Motion.

5. This motion is made in good faith.

6. The undersigned have contacted Defendants' counsel regarding whether Defendants oppose this motion but have not heard as of the filing of this motion.

WHEREFORE, for the foregoing reasons, Mr. Hudson respectfully requests this Court enter an order granting this motion and allowing him to file a response to Defendants' Motion for Summary Judgment containing a maximum of 35 pages or 11,000 words of argument.

Dated: June 3, 2022                                          Respectfully submitted,

                                            By:      /s/ Joel T. Pelz

                                                  Joel T. Pelz
                                                  Lindsey A. Lusk
                                                  Adam M. Abdel-Mageed
                                                  Courtney B. Shier
                                                  JENNER & BLOCK LLP
                                                  353 N. Clark Street
                                                  Chicago, IL  60654-3456
                                                  Telephone: (312) 222-9350
                                                  jpelz@jenner.com
                                                  llusk@jenner.com
                                                  aabdelmageed@jenner.com
                                                  cshier@jenner.com

                                                  *Attorneys for Plaintiff John Hudson*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 3, 2022, I electronically filed the foregoing **Motion for Leave to File Excess Pages** with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Joy C. Syrcle  
Joseph N. Rupcich  
CASSIDAY SCHADE LLP  
3100 Montvale Dr.  
Springfield, IL  62701  
Telephone: (217) 572-1714  
Fax: (217) 572-1613  
jsyrcyle@cassiday.com  
jrupcich@cassiday.com  

                   /s/ Joel T. Pelz