UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUDSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>DR. JONATHAN EK, DR. JUSTIN T. YOUNG, UNKNOWN EMPLOYEE(S) OF WEXFORD HEALTH SOURCES, INC., AND WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | Case No. 21-cv-2056<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Karen L. McNaught |

## THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE

Pursuant to Federal Rule of Civil Procedure 6 and Central District of Illinois Local Rule 6.1, the parties—Plaintiff John Hudson and Defendants Wexford Health Sources, Inc., Dr. Jonathan Ek, and Dr. Justin Young—by and through their counsel, respectfully request a two-week extension of time to this case's operative motion to compel schedule, outlined in this Court's August 9, 2022 order, ECF No. 99. In support of this motion, the parties state as follows:

1. On August 9, 2022, the parties met before Magistrate Judge Karen McNaught to discuss outstanding discovery disputes. Following the conference, Magistrate Judge McNaught ordered Plaintiff to draft two motions to compel—one following up on any outstanding issues from Plaintiff's February 21 motion to compel and the other focusing on all subsequent discovery disputes—and share these drafts with Defendants by August 16, 2022. The parties were then to meet and confer on the issues presented in Plaintiff's draft

motions by August 31, 2022. The Court set September 9, 2022 as the deadline for Plaintiff to file any motions to compel and September 23, 2022 as the deadline for Defendants' response(s). The Court set a status conference with the parties for September 29, 2022. *See* ECF No. 99.

2. Plaintiff provided Defendants a copy of his first draft motion to compel on August 16, 2022. Plaintiff provided Defendants a copy of his second draft motion to compel on August 20, 2022.

3. The parties met and conferred to discuss the two draft motions on August 30, 2022. Given the number of issues, the parties could not complete their conference on August 30. The parties thus met and conferred again on September 1, 2022.

4. Following the September 1 conference, Defendants agreed to provide Plaintiff with (i) supplemental discovery responses for several of Plaintiff's discovery requests, and (ii) a written statement of Defendants' positions on the remaining outstanding issues.

5. The parties agreed to have Defendants provide these documents simultaneously. Defendants' counsel represented that they could do so by Friday, September 16, 2022.

6. To give Defendants' counsel enough time to confer with their clients and draft their responses, and to give Plaintiff enough time to review Defendants' supplemental responses and modify his motion(s) to compel accordingly, the parties seek a two-week extension of all remaining deadlines provided in the Court's August 9, 2022 order, ECF No. 99.

7. The new deadlines would be as follows:

    September 23, 2022 – Plaintiff's deadline to file any motions to compel

    October 7, 2022 – Defendants' deadline to file any response

October 13, 2022[1] – Status conference before the Court

8. Federal Rule of Civil Procedure 6(b) governs requests for extension of time and provides in pertinent part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." This motion is timely and, as discussed above, there is good cause for granting it.

9. This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, for the foregoing reasons, the parties jointly and respectfully request the Court to extend the deadline for this case's operative motion to compel schedule, outlined in this Court's August 9, 2022 order, by two weeks.

Dated: September 8, 2022

Respectfully submitted,

By: /s/ Joel T. Pelz

Joel T. Pelz
Lindsey A. Lusk
Adam M. Abdel-Mageed
Courtney B. Shier
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: (312) 222-9350
jpelz@jenner.com
llusk@jenner.com
aabdelmageed@jenner.com
cshier@jenner.com

*Attorneys for Plaintiff John Hudson*

---

[1] If October 13, 2022 does not work for Magistrate Judge McNaught's schedule, the parties respectfully seek the Court's next available opportunity to hold the status conference.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Joy C. Syrcle
Joseph N. Rupcich
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL  62701
Telephone: (217) 572-1714
Fax: (217) 572-1613
jsyrcyle@cassiday.com
jrupcich@cassiday.com

/s/ Joel T. Pelz